# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**ANGELA KATRINA COLEMAN, #114299**                                    **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO.  3:07-cv-48-TSL-JCS**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**          **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

SO ORDERED AND ADJUDGED this the   13th   of  September, 2007.


                                              /s/Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE